*In re* **RELPHORDE**, Colin Brian (MR 20358)
Homewood, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Review Board is allowed, and respondent Colin Brian Relphorde is suspended from the practice of law for three years and until further order of the Court. The motion by respondent Colin Brian Relphorde that

suspension be effective January 31, 2005, the date of his interim suspension under Supreme Court Rule 774, is allowed.